IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS E. DAUBERT, JR. | : | |
| TRACY L. DAUBERT | : | |
| Debtors, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:16-bk-00946-HWV |
| MIDFIRST BANK, | : | |
| Movant, | : | |
| | : | |
| THOMAS E. DAUBERT, JR. and | : | |
| TRACY L. DAUBERT, | : | |
| Debtors | : | |
| | : | |
| And CHARLES J. DeHART III, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DEBTOR'S ANSWER TO MOVANT'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR SPECIAL RELIEF**

**AND NOW COMES**, Debtors, Thomas E. Daubert, Jr. and Tracy L. Daubert, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby file this Answer to Movant's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. It is admitted the Debtor is behind on payments to Movant.

7. Admitted. Debtors are willing to get current with Movant via a plan amendment or via stipulation to cure the arrears within a period of time.

8. Paragraph 8 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

9. Paragraph 9 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay, Order Movant to re-record the deed back in the name of the Debtors, and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: March 10, 2020

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

Case 1:16-bk-00946-HWV    Doc 74    Filed 03/10/20    Entered 03/10/20 14:54:10    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS E. DAUBERT, JR. | : | |
| TRACY L. DAUBERT | : | |
|     Debtors, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:16-bk-00946-HWV |
| MIDFIRST BANK, | : | |
|     Movant, | : | |
| | : | |
| THOMAS E. DAUBERT, JR. and | : | |
| TRACY L. DAUBERT, | : | |
|     Debtors | : | |
| | : | |
| And CHARLES J. DeHART III, | : | |
| Chapter 13 Trustee | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, Colleen Reed, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within **Respondent's Answer to Movant's Motion For Relief From The Automatic Stay** upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | James C. Warmbrodt, Esquire<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | |

                                                s/ Colleen Reed
                                                8150 Derry Street
                                                Harrisburg, PA 17111
                                                717.909.5858
                                                FAX: 717.909.7788
Dated: March 10, 2020                Email: creed@ljacobsonlaw.com